FILED

AUG 04 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PERRYN QUINN RUSHING,<br><br>   Petitioner - Appellant,<br><br>v.<br><br>DARREL ADAMS,<br><br>   Respondent - Appellee. | No. 07-17051<br><br>D.C. No. CV-02-04721-JF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before:   TASHIMA and PAEZ, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

If petitioner wishes to file a second or successive 28 U.S.C. § 2254 petition in the district court, petitioner must first move this court for an order authorizing the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3). If petitioner files an application in this court for the authorization order, petitioner must show that:

  (A) the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or

NJ/COA

(B)(i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and
(ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable fact finder would have found the applicant guilty of the underlying offense.

28 U.S.C. § 2244(b)(2).

The Clerk shall serve this order and a copy of the standard form application for leave to file a second or successive petition on appellant.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.